# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ISABELLE C. JACKSON

V.

COMMONWEALTH RECEIVABLES, INC
CHAD E. GOLDSTONE

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11381 MLW

TO: (Name and address of Defendant)

CHAD E. GOLDSTONE
2040 Lakeshore Landing
Alpharetta GA 30005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat
9 Damonmill Square, Ste 4A-4
Concord MA 01742

an answer to the 1st Amended complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: JUN 30 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date 8/4/2005 |
| Name of Server (Print) GILBERTO HOWELL | Title PRIVATE PROCESS SERVER |

Check on box below to indicate appropriate method of service

**X**  Name  CHAD E. GOLDSTON

    Served personally upon the defendant. Place where served: 2040 LAKESHORE LANDING, ALPHARETTA, GEORGIA 30005

    Left copies thereof at the defendant's: _____ dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

    Returned unexecuted: _____

    Other  specify: _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on:  8/4/2005

Signature of Server
Professional Process Service of Georgia, Inc.
5295 Highway 78, Suite D365
Stone Mountain, GA 30087

Document served: SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT AND JURY CLAIM AND COMPLAINT

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure