# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ISABELLE C. JACKSON

V.

COMMONWEALTH RECEIVABLES, INC.,
CHAD E. GOLDSTONE

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11381 MLW

TO: (Name and address of Defendant)

COMMONWEALTH RECEIVABLES, INC.
1 BROOK ST.
WATERTOWN MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat
9 Damonmill Sq., Ste 4A-4
Concord MA 01742

an answer to the 1st Amended complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 3 0 2005

CLERK

(By) DEPUTY CLERK

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 5, 2005

I hereby certify and return that on 8/3/2005 at 11:00AM I served a true and attested copy of the SUMMONS AND COMPLAINT, EXHIBITS AND FIRST AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to TODD KAY, agent, person in charge at the time of service for COMMONWEALTH RECEIVABLES, INC., at , 1 BROOK Street, WATERTOWN, MA 02172. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($4.48) Total Charges $41.68

*John F. Kennedy*
Deputy Sheriff

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.