UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE C. JACKSON,           )<br>            Plaintiff(s)      )<br>                                        )<br>v.                                      )<br>                                        )<br>COMMONWEALTH RECEIVABLES,  )<br>INC., et al                             )<br>            Defendant(s)     )  | C.A. No.  05-11381-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on September 20, 2005 by plaintiff's counsel that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk

September 21, 2005             /s/Dennis O'Leary
Date                                       Deputy Clerk