# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE C. JACKSON, )<br>On behalf of herself and all others )<br>similarly situated, )<br>             Plaintiff )<br>)<br>v. )<br>)<br>COMMONWEALTH RECEIVABLES, INC., and )<br>CHAD E. GOLDSTONE, )<br>             Defendants ) | Civil Action No. 05-11381-MLW |

## STIPULATION OF DISMISSAL

The parties to this action hereby agree and stipulate that the complaint and counterclaims are to be dismissed with prejudice, and without costs or attorneys fees to any party, all parties waiving rights of appeal.

The plaintiff, by:

_____
Kenneth D. Quat
BBO 408640
Law Office of Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

I hereby certify that on this 26TH day of OCT, 2005, I served the foregoing document by causing a copy of same to be mailed, postage prepaid, hand delivered to all counsel of record.

_____
JOHN J. O'CONNOR

The defendants, by:

_____
John J. O'Connor
BBO 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston MA 02110
617-951-2100